EDNA Q. BRIODY, Respondent, v. WILLIAM DOLAN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Will of BERTHA L. HODGES, Deceased. MARCELLA H. CECALA, Appellant; ANNA K. DEABOLD et al., Respondents.— Decree affirmed, without costs of this appeal to any party. All concur, except Dowling, J., not voting. (The decree construes a will.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 268 App. Div. 821.]

NOVETY SCENIC STUDIOS, INC., on Behalf of All Creditors of CHARLES V. MARTINA, Bankrupt, Appellant, v. CHARLES V. MARTINA et al., Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur, except Dowling, J., not voting. (The order denies plaintiff's motion for summary judgment in a creditor's action to recover a certain amount of taxes on admissions alleged to have been collected at defendant's theatre and never paid to the United States Government but converted by defendant to his own use.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 268 App. Div. 821.]

ELMER E. GRENTZINGER, Respondent, v. G. L. F. CHURCHVILLE FARM PRODUCTS CO-OP., INC., Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the evidence does not show negligence or freedom from contributory negligence. All concur, except McCurn, J., who dissents and votes for affirmance, and Dowling, J., not voting. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN H. SEIDEL, Respondent, v. ABRAMS & PLOTZKER, INC., Appellant.— Judgment affirmed, with costs. All concur, except Dowling, J., not voting. (The judgment is for plaintiff in a negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

NICHOLAS J. YOERG, Appellant-Respondent, v. LOUIS HATTEM, Respondent, and CARRIGAN'S NIAGARA DAIRY CO., INC., Defendant-Appellant.— Judgment in favor of plaintiff against defendant Carrigan's Niagara Dairy Co., Inc., affirmed, with costs. Order vacating plaintiff's judgment as to defendant Hattem and dismissing the complaint as to said defendant affirmed, with ten dollars costs and disbursements. All concur, except Dowling, J., not voting. (The judgment entered June 18, 1943, is for plaintiff in an action for damages for personal injuries sustained by reason of his falling down an unguarded and unlighted cellarway adjoining a building owned by defendant Hattem and leased to defendant dairy company. The order entered July 14, 1943, vacates the first judgment insofar as it applies to defendant Hattem and dismisses the complaint as to him.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 268 App. Div. 821.]

THOMAS P. CHAMBERS, Respondent, v. ARTHUR ROBERTS, Appellant.— Judgment and order affirmed, with costs. All concur, except Dowling, J., not voting. (The judgment affirms a judgment of the Buffalo City Court in favor of plaintiff in an action for real estate commissions. The order is the order of affirmance.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.